**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
|    Jack S. Ohrenstein | : | Chapter 13 |
| | : | |
|    Debtor(s) | : | Case No.: 21-11013-AMC |
| | : | |

**ORDER**

AND NOW, this _____ day of _____, 2021, upon consideration of the within Motion to Extend Time to File Required Documents, it is hereby:

ORDERED that the Motion that is GRANTED, and the Debtor is given an extension to file all required documents with the Court on or before May 12, 2021.

**Date: April 28, 2021**

HONORABLE ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE