United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 21-11013-amc

Jack S Ohrenstein                                                       Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                     User: admin                              Page 1 of 1
Date Rcvd: Apr 28, 2021                  Form ID: pdf900                     Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jack S Ohrenstein, 8 valley green drive, Aston, PA 19014-1915 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2021                    Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Jack S Ohrenstein brad@sadeklaw.com  bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 3

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| Jack S. Ohrenstein | : | Chapter 13 |
| | : | |
| Debtor(s) | : | Case No.:  21-11013-AMC |
| | : | |

**ORDER**

AND NOW, this _____ day of _____ , 2021, upon

consideration of the within Motion to Extend Time to File Required Documents, it is

hereby:

ORDERED that the Motion that is GRANTED, and the Debtor is given an

extension to file all required documents with the Court on or before May 12, 2021.

**Date: April 28, 2021**

_____
HONORABLE ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE